```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
INDIAN HARBOR INSURANCE COMPANY,          :     24 Civ. 4887 (LAP)
                                          :
                Petitioner,               :
                                          :           ORDER
        v.                                :
                                          :
                                          :
BUILD GROUP, INC.,                        :
                                          :
                Respondent.               :
                                          :
------------------------------------------X
```

LORETTA A. PRESKA, Senior United States District Judge:

    The firm in which my husband used to be a partner, Cahill Gordon & Reindel LLP, represents XL from time to time, but he did not work for that client.  He is no longer a partner at the firm.

SO ORDERED.

Dated:   New York, New York
         July 1, 2024

*Loretta A. Preska*
_____
LORETTA A. PRESKA
Senior United States District Judge